RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Cesar Osvaldo Flores-Padilla

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR OSVALDO FLORES-PADILLA,<br><br>Defendant. | Case No. 2:21-MJ-00461-EJY-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Cesar Osvaldo Flores-Padilla, that the Preliminary Hearing currently scheduled on September 23, 2021 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1      1.     Mr. Flores's Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea is currently scheduled for December 15, 2021. The requested time is necessary to permit Mr. Flores to enter his plea.

2.     Mr. Flores is incarcerated and does not object to a continuance.

3.     Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 8th day of September, 2021.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Raquel Lazo*
By_____

*/s/ Jared Grimmer*
By_____

RAQUEL LAZO
Assistant Federal Public Defender

JARED GRIMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>CESAR OSVALDO FLORES-PADILLA,<br><br>        Defendant. | Case No. 2:21-MJ-00461-EJY-1<br><br>**ORDER** |

     Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 23, 2021 at the hour of 4:00 p.m., be vacated and continued to January 21, 2022 at the hour of 4:00 p.m., in Courtroom 3C.

     DATED this 8th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3